IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| MARSHA HEATH, *et al.*, *on behalf of themselves and all others similarly situated*, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 3:18-cv-720 (JAG) |
| TRANS UNION, LLC | : : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND FOR ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE SERVICE AWARDS**

Plaintiffs, Marsha Heath, Scott Rogers, Robert Kemery, and Sean Lawrence, by Counsel, pursuant to Fed. R. Civ. P. 23, hereby move the Court for Final Approval of the Class Action Settlement Agreement. For the reasons supplied in the accompanying Memorandum, Plaintiffs respectfully request that the Court enter a Final Approval Order attached hereto as Exhibit 1.

Respectfully submitted,
**PLAINTIFFS**

By: */s/ Kristi C. Kelly*
Counsel

Kristi C. Kelly, VSB No. 72791
Andrew J. Guzzo, VSB No. 82170
Casey S. Nash, VSB No. 84261
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: 703-424-7572
Facsimile: 703-591-9285
E-mail: kkelly@kellyguzzo.com
E-mail: aguzzo@kellyguzzo.com
E-mail: casey@kellyguzzo.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of November, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

      /s/ *Kristi C. Kelly*
Kristi C. Kelly, VSB No. 72791
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: 703-424-7572
Facsimile: 703-591-9285
E-mail: kkelly@kellyguzzo.com
*Counsel for Plaintiffs*