IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARSHA HEATH, *et al.*, on behalf of themselves and all others similarly situated, :

    Plaintiffs,

v.                                            Civil Action No. 3:18-cv-720

TRANS UNION, LLC

    Defendant.

ORDER GRANTING JOINT MOTION
FOR APPROVAL OF SECOND DISTRIBUTION TO AUTOMATIC CLASS MEMBERS

Plaintiffs, Marsha Heath, Scott Rogers, Robert Kemery, and Sean Lawrence, individually and on behalf of all other similarly situated individuals, and Defendant, Trans Union LLC, having jointly moved for approval of a second distribution to Automatic Class Members, and having considered the Motion,

It is hereby ORDERED that the remaining amount in the class action Settlement Fund, after deduction of the necessary administrative costs, shall be distributed *pro rata* among the Automatic Payment Class Members.

DONE AND ORDERED this 8 day of June, 2020.

/s/
John A. Gibney, Jr.
United States District Judge

John A. Gibney, Jr.
United States District Judge